AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:26-cv-20095-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Matthew Kalish**
was recieved by me on **1/12/2026:**

- [X] I personally served the summons on the individual at **45 Leicester St, Brookline, MA 02445** on **01/14/2026 at 3:21 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:  01/14/2026

*Server's signature*

**Steven Ceppi**
*Printed name and title*

**11 WIGWAM CIRCLE
ARLINGTON, MA 02474**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Matthew Kalish with identity confirmed by physical description. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**




Tracking #: **0203617749**